UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
WARREN ZINNAMON, on behalf of himself and all others similarly situated,

                Plaintiff,

-v.-

HAZELNUT PRODUCTIONS, INC.,

                Defendants.
------------------------------------------------------------------------x

Civil Action No:
1:22-cv-9123

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to the Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: March 28, 2023

SO ORDERED.

_/s/ Paul G. Gardephe_
Paul G. Gardephe
United States District Judge

Dated: April 4, 2023

Respectfully Submitted,

 /s/Mark Rozenberg
Mark Rozenberg, Esq.
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
mrozenberg@steinsakslegal.com
 Tel. 201-282-6500
Fax 201-282-6501
   *Attorneys for Plaintiff*